**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No.  16-17809-LMI
                                                                        Chapter 13
Isabel Ribas,

_____Debtor(s).___/

### MOTION TO ALLOW EARLY PAYOFF OF CHAPTER 13 CASE
### [GIFT PROCEEDS]

      Now come the Debtor, Isabel Ribas, by her counsel, and move this Court for Early Payoff of Chapter 13 case with Gift proceeds and in support thereof submits the following:

      1.  Debtor filed for relief under Chapter 13 in this case and his Chapter 13 Plan was previously confirmed.

      2.  The Debtor's case is an under median case and she has already met the 36-month commitment period.

      3.  The Debtor will pay off her Chapter 13 plan early with the gift proceeds from her daughter Kenia Sanchez, upon approval.

**WHEREFORE,** Debtor respectfully prays that the Court issue an order

      1. Allowing the Debtor to pay off her Chapter 13 case early with gift proceeds from her daughter.

      2. Such further relief consistent with this request for relief.

      Respectfully submitted,

REYES & CALAS-JOHNSON, P.A.
Attorneys for the Debtor
782 N.W. 42nd Avenue, Ste. 345
Miami, FL 33126
Tel: (305) 476-1900
By:_/S/_____
      Mary Reyes

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing was served upon all parties on attached list, this 22nd day of July 2020.

__/S/_____
Mary Reyes

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 16-17809-LMI<br>Southern District of Florida<br>Miami<br>Wed Jul 22 10:14:08 EDT 2020 | Wells Fargo Bank N.A.<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A., Default Document Pr<br>N9286-01Y, 1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| AT&T<br>POB 105503<br>Atlanta, GA 30348-5503 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO   LEAD PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | Adriana Ustariz & Family<br>c/oPatrick L. Goss, PA<br>10691 SW 88th St #206<br>Miami, FL 33176-1595 |
| Alain Ustariz & Family<br>c/oPatrick L. Goss, PA<br>10691 SW 88th St #206<br>Miami, FL 33176-1595 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Bankunited Fc<br>7765 Nw 148th St<br>Miami Lakes, FL 33016 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Broward County Revenue Collector<br>115 S. Andrews Ave.<br>Fort Lauderdale, FL 33301-1895 |
| Cap1/Bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Cap1/Bstby<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Csc/Bb&T Corp<br>4251 Fayetteville Rd<br>Lumberton, NC 28358-2678 |
| Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | GEMB/RSB<br>POB 981439<br>El Paso, TX 79998-1439 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4600 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Magyuri Chacin & Family<br>c/oPatrick L. Goss, PA<br>10691 SW 88th St #206<br>Miami, FL 33176-1595 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Miami Dade County Tax Collector<br>140 W. Flagler St.<br>Miami, FL 33130-1575 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | Suntrust Bk Miami Na<br>Po Box 524203<br>Miami, FL 33152-4203 |

| | | |
|---|---|---|
| Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Carcare One<br>C/O Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/City Furniture<br>C/O Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/Home Design Furn<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/Oldnavydc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Rooms To Go<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Toysrusdc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Walmart Dc<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Verizon<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Wachrl<br>Po Box 3117<br>Winston Salem, NC 27102-3117 | Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y 1000 Blue Gentian Rd<br>Eagan, MN 55121-7700 | Wf Crd Svc<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Wf/Wb<br>Po Box 3117<br>Winston Salem, NC 27102-3117 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | Isabel Ribas<br>1157 W 50th St<br>Hialeah, FL 33012-3417 |
| Mary Reyes Esq<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 |
| (d)Chase/Circuitcity<br>Po Box 15298<br>Wilmington, DE 19850 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    49
Bypassed recipients     1
Total                  50